IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The ERISA Industry Committee,<br><br>        Plaintiff,<br><br>v.<br><br>United States Department of Health and Human Services, *et al.*,<br><br>        Defendants. | Case No. 25-cv-136-TJK |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Extension of Time to Respond to Complaint, all responses and replies thereto, all prior pleadings and proceedings in this matter, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **DENIED**; and it is

**FURTHER ORDERED** that Defendants shall file any response to Plaintiff's complaint on or before April 7, 2025, unless Defendants stay the final rule that is the subject of this litigation—*Requirements Related to the Mental Health Parity and Addiction Equity Act*, 89 Fed. Reg. 77,586 (Sept. 23, 2024)—pursuant to 5 U.S.C. § 705.

**SO ORDERED**.

Dated:_____

_____
The Honorable Timothy J. Kelly
United States District Judge