UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ERISA INDUSTRY COMMITTEE,

           Plaintiff,

    v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

           Defendants.

Civil Action No. 25-0136 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated May 12, 2025, and the Chief Judge's November 13, 2025, Order, Plaintiff the ERISA Industry Committee and Defendants U.S. Department of Health and Human Services, U.S. Department of the Treasury, and U.S. Department of Labor (hereinafter "Departments"), respectfully file this joint status report on the progress of Defendants' reconsideration of the rule at issue in this litigation.

1.    This appeal involves a challenge to a rule issued by the Departments that implements the requirements imposed by the Mental Health Parity and Addiction Equity Act (MHPAEA), as amended by the Consolidated Appropriations Act, 2021 (CAA, 2021). The rule at issue is Requirements Related to the Mental Health Parity and Addiction Equity Act, 89 Fed. Reg. 77586 (Sept. 23, 2024) (2024 Rule).

2.    The Departments continue to consider whether to issue a notice of proposed rulemaking to revise or rescind the 2024 Rule and to determine when it would be appropriate to add a MHPAEA regulatory action to the agencies' Semiannual Regulatory Agenda.

3.    The parties propose to file another joint status report on or before March 30, 2026, to report on Defendants' progress.

Dated: December 29, 2025                        Respectfully submitted,

_____/s/Eugene Scalia_____                   JEANINE FERRIS PIRRO
Eugene Scalia                                  United States Attorney
Matthew S. Rozen
Rebecca E. Smith
Robert A. Batista                              By: _____/s/ Xinyu Yang_____
Aaron Gyde                                         Xinyu Yang, Texas Bar #24098643
GIBSON, DUNN & CRUTCHER LLP                        Assistant United States Attorney
1700 M Street N.W.                                 601 D Street, NW
Washington, D.C. 20036-4504                        Washington, DC 20530
Telephone: (202) 955-8500                          (202) 252-7225
EScalia@gibsondunn.com                             Xinyu.Yang@usdoj.gov
MRozen@gibsondunn.com
BSmith@gibsondunn.com                          *Attorneys for the United States of America*
RBatista@gibsondunn.com

*Counsel for Plaintiff*